## MOTION DOCKET

**94–974.** State ex rel. Danis Industries Corp. v. Betzner. *Franklin County,* No. 93APD05–694. On request for oral argument. Request denied.

WRIGHT and PFEIFER, JJ., dissent.

**94–1945 and 94–1946.** Brookbank v. Gray. *Hamilton County,* No. C–930312. On motion to appear at oral argument. Motion granted.

**95–274.** State ex rel. Barclays Bank PLC v. Court of Common Pleas of Hamilton Cty. On motion to supplement evidentiary submission. Motion granted.

F.E. SWEENEY, J., dissents.

**95–365.** State ex rel. Herman v. Klopfleisch. In Quo Warranto. On motion for attorney fees and costs. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**95–423.** ARGA Co. v. Tracy. Board of Tax Appeals, No. 92–R–1531. On request for argument before full court and on motion for special scheduling for oral argument. Request granted; *sua sponte,* this cause is to be argued on the same date as 94–2724, *Lyden Co. v. Tracy,* Board of Tax Appeals, No. 92–X–490; the motion for special scheduling is otherwise denied.

**95–425.** State ex rel. S.E. Johnson Cos., Inc. v. Indus. Comm. In Mandamus. On answer of respondent Regena Burchett. *Sua sponte,* alternative writ granted.

RESNICK, J., not participating.

**95–594.** State ex rel. Plain Dealer Publishing Co. v. Cleveland. In Mandamus. On relator's request for oral argument and on respondent's request for oral argument. Requests denied.

**95–946.** State ex rel. Cleveland v. Pub. Util. Comm. In Mandamus. On motion of Ameritech Ohio et al. for leave to file memo contra relators' motion for reconsideration and to expedite, and motion by Cleveland Electric Illuminating Company for leave to file memo contra motion for rehearing. Motions denied.

DOUGLAS and WRIGHT, JJ., dissent.

RESNICK, J., not participating.

**95–1068.** Montpelier Pub. Library Bd. of Trustees v. Williams Cty. Budget Comm. Board of Tax Appeals, No. 92–K–1173. On motion to consolidate case with 95–1069, *Montpelier Pub. Library Bd. of Trustees v. Williams Cty. Budget Comm.,* Board of Tax Appeals, No. 92–K–1173. Motion granted.

**95–1271.** State v. Miller. *Auglaize County,* No. 2–94–32. On motion to consolidate case with 95–1377 and 95–1466, *State v. Gustafson, infra.* Motion granted.

**95–1303.** State v. Smith. *Auglaize County,* No. 2–95–3. On motion to consolidate case with 95–1377 and 95–1466, *State v. Gustafson, infra.* Motion granted.

**95–1304.** State v. Brown. *Auglaize County,* No. 2–95–6. On motion to consolidate case with 95–1377 and 95–1466, *State v. Gustafson, infra.* Motion granted.

**95–1305.** State v. Roth. *Auglaize County,* No. 2–95–4. On motion to consolidate case with 95–1377 and 95–1466, *State v. Gustafson, infra.* Motion granted.

**95–1307.** State v. Bayman. *Auglaize County,* No. 2–95–7. On motion to consolidate case with 95–1377 and 95–1466, *State v. Gustafson, infra.* Motion granted.

**95–1377 and 95–1466.** State v. Gustafson. *Mahoning County,* No. 94 C.A. 232. On motion to expedite oral argument. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

**95–1393.** Doe v. Cub Foods of Ohio, Inc. *Franklin County,* No. 94APE07–1005. On motion for leave to file statement of additional authorities. Motion granted.